| UNITED STATES BANKRUPTCY COURT | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>PETER J. LISKA, LLC<br>By: Allison J. Kiffin, Esq.<br>766 Shrewsbury Avenue<br>Tinton Falls, NJ 07724<br>(AJK 0179)<br>Attorney for Creditor, Affinity Federal Credit Union | Case No.: | 17-05234 |
| | Chapter: | 13 |
| In Re:<br>Radcliffe McGowan,<br><br>               Debtor | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | Robert N. Opel |

## CERTIFICATION OF SERVICE

1. I, Allison J. Kiffin :

    ☒ represent Affinity Federal Credit Union in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On January 24, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Application Requesting Redaction of Personal Information

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 1/24/2017                    /s/ Allison J. Kiffin
                                                                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Charles J. DeHart, III<br>8125 Adams Drive<br>Suite A<br>Hummelstown, PA 17036 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Vincent Rubino<br>Newman, Williams, Mishkin, Corveleyn et al.<br>712 Monroe Street<br>P.O. Box 511<br>Stroudsburg, PA 18360-0511 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Radcliffe McGowan<br>120 Starview Drive<br>East Stroudsburg, PA 18301 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

Case 5:17-bk-05234-RNO    Doc 19    Filed 01/24/18    Entered 01/24/18 11:09:23    Desc
Main Document    Page 4 of 4