```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                             Case No. 17-05234-RNO
Radcliffe McGowan                                                  Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-5          User: PRadginsk             Page 1 of 1            Date Rcvd: Feb 09, 2018
                              Form ID: ntcnfhrg           Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
```
db             +Radcliffe McGowan,    120 Starview Drive,    East Stroudsburg, PA 18301-9123
cr             +Affinity Federal Credit Union,    c/o Peter J. Liska,    766 Shrewsbury Avenue,
                 Tinton Falls, NJ 07724-3001
5009993        +Affinity Federal Credit Union,    766 Shrewsbury Ave.,    Tinton Falls, NJ 07724-3001
5005586        +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
5005587        +DOMESTIC RELATION SECTION,    43RD JUD DISTRICT MONROE CTY CCP,    610 MONROE STREET, SUITE 110,
                 STROUDSBURG, PA 18360-2280
5005588        +FIDELITY INVEST INSTITU,    OPERATIONS COMPANY INC,    82 DEVONSHIRE STREET,
                 BOSTON, MA 02109-3605
5005589        +HANNABERRY HVAC,    200 SCHANTZ ROAD,    ALLENTOWN, PA 18104-8600
5005590        +ION BANK/THD LOAN/GRNSKY,    1797 N EAST EXPRESSWAY NE,    THE LOAN SERVICE,
                 BROOKHAVEN, GA 30329-7803
5005591        +JANE MAUGHAN PC,    726 ANN STREET,    STROUDSBURG, PA 18360-2017
5005593        +MONROE COUNTY DRS,    PO BOX 777,    STROUDSBURG, PA 18360-0777
5014865        +PNC Bank, N.A.,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
5005594        +PNC MORTGAGE,    PO BOX 8703,    DAYTON, OH 45401-8703
5005595        +SARA MCGOWAN,    1750 NE 191ST STREET,    APT 505,    MIAMI, FL 33179-4249
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5005585        +E-mail/Text: bankruptcycare@affinityfcu.com Feb 09 2018 19:15:13
                 AFFINITY FEDERAL CREDIT UNION,    73 MOUNTAIN VIEW BLVD,    PO BOX 621,
                 BASKING RIDGE, NJ 07920-0621
5005592         E-mail/Text: bnckohlsnotices@becket-lee.com Feb 09 2018 19:15:10      KOHLS/CAPITAL ONE,
                 PO BOX 3115,    MILWAUKEE, WI 53201-3115
                                                                                               TOTAL: 2
```
```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC BANK, NATIONAL ASSOCIATION
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
```
              Allison J Kiffin    on behalf of Creditor    Affinity Federal Credit Union
               collections@peterliska.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent   Rubino    on behalf of Debtor 1 Radcliffe   McGowan
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
                                                                                               TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Radcliffe McGowan<br>aka Radcliffe V. McGowan, aka Radcliffe Vernon McGowan<br>Debtor(s) | Chapter 13<br>Case No. 5:17−bk−05234−RNO |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **March 14, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 21, 2018<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRadginsk, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 9, 2018 |